FREDRICK S. LEVIN, SBN 187603
*flevin@dykema.com*
DAWN N. WILLIAMS, SBN 267925
*dwilliams@dykema.com*
**DYKEMA GOSSETT, LLP**
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant EquiFirst Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HICKS and CONNIE HICKS,<br><br>    Plaintiffs,<br><br>vs.<br><br>EQUIFIRST CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ANCHOR FINANCIAL MORTGAGE CO., LIBERTY TITLE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:10-cv-02641-GEB-KJM<br><br>[*Assigned for all purposes to Judge Garland E. Burrell, Jr.*]<br><br>**ORDER**<br><br>(1) Stipulation to Continue Hearing Date, L.R. 230(F)]<br><br>Date:   12/20/10<br>Time:  9:00 a.m.<br>Ctrm:  10 |

## [PROPOSED] ORDER

Upon the agreement of the Plaintiffs Brian Hicks and Connie Hicks and Defendant EquiFirst Corporation, through their respective counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED

That the hearing on Defendant EquiFirst Corporation's Motion to Dismiss currently scheduled for December 20, 2010, at 9:00 a.m. is continued to January 24, 2011, at 9:00 a.m.

12/10/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE**
**SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

1