IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HICKS and CONNIE HICKS,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUIFIRST CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ANCHOR FINANCIAL MORTGAGE CO., LIBERTY TITLE COMPANY, and DOES 1 through 100,<br><br>        Defendants. | 2:10-cv-02641-GEB-GGH<br><br>AMENDED FED. R. CIV. P. 4(M) <u>NOTICE</u> |

        Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that Mortgage Electronic Registration Systems, Inc., Anchor Financial Mortgage Co., and Liberty Title Company may be dismissed as defendants in this action unless Plaintiffs provide proof of service or show "good cause for the failure" to serve these defendants within Rule 4(m)'s 120 prescribed period in a filing due no later than 4:00 p.m. on February 1, 2011.

Dated:  January 28, 2011

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge