IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HICKS and CONNIE HICKS,  )
                               )   2:10-cv-02641-GEB-GGH
          Plaintiffs,          )
                               )
     v.                        )   ORDER OF DISMISSAL
                               )
EQUIFIRST CORPORATION, MORTGAGE )
ELECTRONIC REGISTRATION SYSTEMS,)
INC., ANCHOR FINANCIAL MORTGAGE )
CO., LIBERTY TITLE COMPANY, and )
DOES 1 through 100,            )
                               )
          Defendants.          )
_____)

        Plaintiffs were required to respond to an Order filed on January 28, 2011, ("Order") by either filing proof that Defendants Mortgage Electronic Registration Systems, Inc., Anchor Financial Mortgage Co., and Liberty Title Company were served with process or a document showing good cause for Plaintiffs' failure to serve these defendants within the 120-day period prescribed in the Federal Rule of Civil Procedure 4(m). This filing was due no later than 4:00 p.m. on February 1, 2011. Plaintiffs failed to file the required document by this deadline. Plaintiffs were warned in the Order that failure to make the required showing by the deadline could result in Defendants Mortgage Electronic Registration Systems, Inc., Anchor Financial Mortgage Co., and Liberty Title Company being dismissed from this action. Since there has been no response, Defendants Mortgage Electronic Registration

Systems, Inc., Anchor Financial Mortgage Co., and Liberty Title Company are dismissed from this action without prejudice.

   IT IS SO ORDERED.

Dated:  February 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge